UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

QUINCY MUTUAL FIRE INSURANCE CO.

                      Plaintiff,         **NOTICE OF APPEAL**

vs.                                  Case No.: 3:12-CV-1041
                                                  [NAM/DEP]
NEW YORK CENTRAL MUTUAL FIRE
INSURANCE CO.

                      Defendant.
_____

        **PLEASE TAKE NOTICE** that Defendant, **NEW YORK CENTRAL MUTUAL FIRE INSURANCE CO.**, hereby appeals to the United States Court of Appeals for the Second Circuit, from each and every part of the Decision and Order of United States Magistrate Judge for the Northern District of New York, David E. Peebles, dated the 31st day of March, 2014 and E-Filed as Docket No. 66.

Dated:       April 21, 2014
                Williamsville, New York

                                              /s/ James H. Cosgriff, III, Esq.
                                            PETRONE & PETRONE, P.C.
                                            Attorney for Defendant
                                            Office and Post Office Address
                                            5500 Main Street, Suite 342
                                            Williamsville, New York 14221
                                            Tel:  (716) 204-1087
                                            Fax: (716) 204-2507
                                            Email: j.cosgriff@pnpny.com
                                            Bar Roll No.:602948

TO:
Scott R. Jennette, Esq.
WARD GREENBERG HELLER & REIDY, LLP
Attorneys for Plaintiff
Office and Post Office Address
300 State Street
Rochester, New York 14614
Tel: (585) 454-0700
Email: sjennette@wardgreenberg.com